**No. 20-1145**                                    **September Term, 2020**

EPA-83FR16077
**NHTS-85FR24174**

**Filed On: April 2, 2021**

Competitive Enterprise Institute, et al.,

        Petitioners

        v.

National Highway Traffic Safety
Administration, et al.,

        Respondents

------------------------------

Alliance for Automotive Innovation, et al.,
                      Intervenors

------------------------------

Consolidated with 20-1167, 20-1168,
20-1169, 20-1173, 20-1174, 20-1176,
20-1177

        **BEFORE:**     Tatel, Pillard, and Walker, Circuit Judges

## O R D E R

        Upon consideration of the motion to hold in abeyance, the oppositions thereto, and the reply, it is

        **ORDERED** that the motion to hold in abeyance be granted, and that these consolidated cases be held in abeyance pending further order of the court. The government is directed to file status reports on the agencies' review of the SAFE II Rule at 90-day intervals beginning 90 days from the date of this order, and to notify the court and the parties within 7 days of any agency action resulting from the review or of a

determination that no action will be taken. The parties are directed to file motions to govern further proceedings within 30 days of that notification.

**Per Curiam**

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

          BY:    /s/
                               Manuel J. Castro
                               Deputy Clerk