IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMPETITIVE ENTERPRISE INSTITUTE, ANTHONY KREUCHER, WALTER M. KREUCHER, JAMES LEEDY, and MARC SCRIBNER,

    Petitioners,

    v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JAMES C. OWENS, in his official capacity as Acting Administrator, National Highway Traffic Safety Administration; ENVIRONMENTAL PROTECTION AGENCY; ANDREW R. WHEELER, in his official capacity as Administrator of the Environmental Protection Agency

    Respondents.

No. 20- 1145

**PETITION FOR REVIEW**

Pursuant to the Energy Policy and Conservation Act, 49 U.S.C. § 32909, the Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Section 702 of the Administrative Procedure Act, 5 U.S.C. § 702, Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the Competitive Enterprise

Institute, Anthony Kreucher, Walter M. Kreucher, James Leedy and Marc Scribner hereby petition this Court to review the rule titled "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021-2026 Passenger Cars and Light Trucks" which was published in the Federal Register at 85 Fed. Reg. 24174-25278 (April 30, 2020). The grounds for this lawsuit, inter alia, are that, contrary to law, the agencies failed to adequately consider the adverse traffic safety impacts of their chosen fuel economy standards.

A copy of the challenged final rule is attached as Exhibit A to this Petition.

Dated: May 1, 2020

Respectfully submitted,

/s/ *Devin Watkins*
Devin Watkins, D.C. Circuit #60334
Sam Kazman
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: 202-331-1010
devin.watkins@cei.org
sam.kazman@cei.org

*Attorneys for Petitioners*